# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANSHU BHARAT PATHAK,<br><br>    Plaintiff,<br><br>vs.<br><br>LOBEL'S OF NEW YORK, LLC, et al.,<br><br>    Defendants. | Case No. 2:16-cv-02480-RFB-NJK<br><br>ORDER |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016). Plaintiff has failed to file a certificate of interested parties. Accordingly, Plaintiff must file a certificate of interested parties no later than November 10, 2016.

IT IS SO ORDERED.

DATED: October 26, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge