```
____ FILED       ____ RECEIVED
____ ENTERED     ____ SERVED ON
                 COUNSEL/PARTIES OF RECORD

       MAR 2 4 2017

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

Anshu Bharat Pathak
5615 Cameron St, Suite 7
Las Vegas, NV 89118
E-Mail: anshupathak@aol.com

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Anshu Bharat Pathak, An Individual; <br><br> PLAINTIFF <br><br> V. <br><br> Lobel's of New York, LLC; A New York Foreign Corporation; <br> Lobel's of New York, LLC; A New York Domestic Corporation; <br> Lobel's of New York, LLC; A Delaware Domestic Corporation; <br> Leon Lobel; <br> Stanley Lobel; <br> Evan Lobel; <br> Mark Lobel; <br> Stephen Fraum; <br> Rose Fraum <br> AND DOES 1 THROUGH 10, INCLUSIVE <br><br> DEFENDANTS. | CASE 2:16-cv-02480-RFB-NJK <br><br> 1. **REQUEST FOR DISMISSAL WITH PREJUDICE AGAINST ALL DEFENDANTS** |

Plaintiff Anshu Bharat Pathak requests the court to dismiss this action with prejudice against all named Defendants as Plaintiff was not able to locate physical addresses of named Defendants within 90 days to serve them summons and complaint.   IT IS SO ORDERED:

Respectfully submitted

_____
Anshu Pathak, Plaintiff, March 20, 2017

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 6th day of April, 2017.

Page | 1

## PROOF OF SERVICE

I certify under penalty of perjury that I am over the age of 21 and not party to this action. Pursuant to FRCP 5 (b) I hereby certify that a copy of the foregoing document was placed in the US Mail this 24th day of March 2017.

HOWARD & HOWARD ATTORNEYS PLLC
3800 HOWARD Hughes Parkway, Suite 1000
Las Vegas, NV 89169

_____

Alan Linde
5615 Cameron St. # 7
Las Vegas, NV 89118

Page | 1